# EXHIBIT "A"

Filing # 113230520 E-Filed 09/11/2020 01:44:04 PM

Date: 9-22-20
Time: 2:35P
Initials: CY
ID #: 262

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL
CIRCUIT IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

ROBYN BRESE,

Plaintiff,

-vs-

AMF BOWLING CENTERS, INC.,

Defendant.

CASE NO.: 2020CA3481

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Interrogatories, Request to Produce and Request for Admissions or petition in the above styled cause upon the Defendant:

AMF BOWLING CENTERS, INC
c/o CT Corporation System, R.A.
1200 S. Pine Island Rd
Plantation, FL 33324

Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is:

ASHLEY LONG, ESQUIRE
Morgan & Morgan, P.A.
101 Riverfront Bvld., Suite 600
Bradenton, FL 34205
(941) 308-2410

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on 9/21, 2020.

CIRCUIT CIVIL
1115 Manatee Avenue West
Bradenton, FL 34205
(Court Seal)

ANGELINA COLONNESO
As Clerk of the Circuit Court

By: _____
Deputy Clerk

In and for Manatee County

If you cannot afford an attorney, contact Gulfcoast Legal Services at (941) 746-6151 or www.gulfcoastlegal.org, or Legal Aid of Manasota at (941) 747-1628 or www.legalaidofmanasota.org. If you do not qualify for free legal assistance or do not know an attorney, you may email an attorney referral service (listed in the phone book) or contact the Florida Bar Lawyer Referral Service at (800) 342-8011.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Manatee County Jury Office, P.O. Box 25400, Bradenton, Florida 34206, (941)741-4062, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

ROBYN BRESE,

Plaintiff,

-vs-

AMF BOWLING CENTERS, INC.,

CASE NO.:

Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, ROBYN BRESE, by and through her undersigned attorneys, and sues Defendant, AMF BOWLING CENTERS, INC., and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material hereto, Plaintiff, ROBYN BRESE, was a resident of Manatee County, Florida.

3. At all times material hereto, the Defendant, AMF BOWLING CENTERS, INC., was authorized and doing business in Manatee County, Florida.

4. At all times material hereto, Defendant, AMF BOWLING CENTERS, INC., owned, operated and maintained bowling lanes located 4208 Cortez Rd. West, Bradenton, Manatee County, Florida, which was used as a bowling alley open to the general public.

5. On February 10, 2020, the Plaintiff, ROBYN BRESE, went to the AMF BOWLING CENTERS, INC., bowling lanes located at the above address as a paying customer.

6. On the date and at the place aforesaid, the Defendant, AMF BOWLING CENTERS, INC., owed the Plaintiff, ROBYN BRESE, a business invitee upon the premises, the duty to exercise reasonable care for the safety of Plaintiff, ROBYN BRESE.

7. On the date of the incident, AMF BOWLING CENTERS, INC., by and through its employees, servants, and/or agents could reasonably anticipate that its mode of operation for ensuring that the floor of the bowling lanes was not left in a slippery and dangerous condition was not reasonable.

8. On the date and at the place aforesaid, the Defendant, AMF BOWLING CENTERS, INC., breached the duty owed to the Plaintiff, ROBYN BRESE, by committing one or more of the following omissions or commissions:

    a. Negligently failed to maintain or adequately maintain the floor space in and around the bowling lane by allowing a slippery, oily substance to remain on said floor of the bowling lanes;

    b. Negligently failed to inspect or adequately inspect the area in and around the bowling lane, for the safety of the Plaintiff, ROBYN BRESE;

    d. Negligently failed to warn or adequately warn the Plaintiff, ROBYN BRESE, of the danger of slipping on the substance which appeared to be an oily substance when she entered the floor space in and around the bowling lane when the Defendant, AMF BOWLING

CENTERS, INC., knew or should have known of said danger and that the Plaintiff, ROBYN BRESE, was unaware of said danger; and

    e.    Negligently failed to correct, or adequately correct the dangerous condition on the bowling lane when said dangerous condition was known to the Defendant, AMF BOWLING CENTERS, INC., or had existed for a sufficient length of time so that the Defendant should have known of it.

9.    As a direct and proximate cause of the negligence of the Defendant, AMF BOWLING CENTERS, INC., as heretofore alleged, the Plaintiff, ROBYN BRESE, slipped and fell on an oily substance in the bowling lane, which had been permitted to remain on said floor, and when she fell she sustained injuries and damages as hereinafter alleged.

10.    As a direct and proximate result of the negligence of the Defendant, AMF BOWLING CENTERS, INC., as heretofore alleged, the Plaintiff, ROBYN BRESE, was injured in and about her body and extremities; incurred medical expenses for the treatment of said injuries; incurred pain and suffering of both a physical and mental nature; incurred a permanent injury to the body as a whole; incurred loss of ability to lead and enjoy a normal life; incurred loss of wages and a loss of wage earning capacity, all of which are either permanent or continuing in nature and the Plaintiff, ROBYN BRESE, will sustain said loss in the future.

WHEREFORE, the Plaintiff, ROBYN BRESE, demands judgment against the Defendant, AMF BOWLING CENTERS, INC., in an amount in excess of Thirty Thousand ($30,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

DATED this 11th day of September, 2020.

                                            */s/ Ashley Long*
                                            Ashley Long, Esquire
                                            Morgan & Morgan

101 Riverfront Blvd., Suite 600
Bradenton, Florida 34205
Tele: (941) 308-2409
Fax: (941) 308-2442
Florida Bar #: 0010418
Attorney for Plaintiff(s)
